IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MEETA PEER, et al. | : |
| | : CIVIL ACTION |
| Plaintiffs, | : |
| | : NO. 13-6255 |
| v. | : |
| | : |
| KURTIS L. WILLIAMS, et al., | : |
| | : |
| Defendants. | : |

**ORDER**

**AND NOW**, this 13th day of May 2014, upon careful consideration of the defendants' motion to dismiss or transfer (Doc. # 9), plaintiffs' response and defendants' reply, it is hereby **ORDERED** that the motion is **DENIED**.

    /s/ William H. Yohn Jr.
William H. Yohn Jr., Judge